UNITED STATES DISTRICT COURT
for the Southern District of the Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:13-cr-00045-RLY-CMM-01 |
| Dawn Davis | ) | USM No. 11754-028 |

Date of Previous Judgment: 11/25/2019

Julie Treida
Defendant's Attorney

**Order for Sentence Reduction Pursuant to Section 603(b) of the First Step Act of 2018**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the attorney for the Government, or ☐ the Court for a modification of the imposed term of imprisonment based on the provisions of Compassionate Release, pursuant to 18 U.S.C. § 3582(c), having considered such motion, and taking into account the First Step Act of 2018, the factors set forth in § 3553(a), and applicable policy statements issued by the Sentencing Commission,

**IT IS ORDERED** that the motion is:

☐ DENIED ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **14 months is reduced to Time Served as of August 10, 2020**.

**I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:**

Previous Sentence Imposed: **14 months**   Amended Sentence: **Time Served as of August 10, 2020**
Previous Supervised Release Term Imposed: **none**   Amended Supervised Release Term: **none**

**II. SENTENCE RELATIVE TO AMENDED TERMS:**    N/A

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

**III. ADDITIONAL COMMENTS:**

The Court finds that the defendant has exhausted all administrative rights to appeal with the Bureau of Prisons. And, there are extraordinary and compelling reasons that warrant this reduction.

Defendant shall comply with any period of quarantine directed by medical staff and/or any state or local health authority.

Except as provided above, all provisions of the judgment dated 11/25/2019 shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   8/07/2020

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

A CERTIFIED TRUE COPY
Roger A.G. Sharpe, Clerk
U.S. District Court
Southern District of Indiana

By Jina M. Dafe
Deputy Clerk